United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  
Tyson Rathburn

Case No. 2:22-cr-98-2

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 11/30/2023 at 11:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Govt: | Noah Litton |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Steve Nolder |
| Interpreter | | Pretrial/Probation: | Emily Mueller |
| Log In | | Log Out | |

Defendant sentenced to a term of 4-year term of Probation on Count 1 of the Indictment with the first 6 months to be served on home confinement.

A fine of $8,000 is applied.

$100 special assessment is applied.

A Final Order of Forfeiture will be issued in due time.